USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   UNITED STATES OF AMERICA      :

          -against-               :        18-CR-420 (ALC)

                                   :        **ORDER**

   SHAHIME SMITH,               :

                    **Defendants.**  :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Telephone Bail Hearing set for **April 16, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 15, 2020**
        **New York, New York**

                                                          _____
                                                           **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**