**MICHAEL H. SPORN**

ATTORNEY AT LAW

299 BROADWAY

NEW YORK, NEW YORK 10007

———

mhsporn@gmail.com

MEMO ENDORSED

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

June 29, 2020

By ECF and Email

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-30-20__

Re:  United States v. Shahieme Smith
Ind. No. 18 CR 420 (ALC)
Emergency Motion for Compassionate Release Due to COVID-19
Outbreak at FCI Danbury

Dear Judge Carter:

As your Honor may recall, we recently concluded a compassionate release proceeding in the above-referenced matter. In the course of preparing to submit a CJA voucher for services rendered in connection with the application, I am advised by the CJA Clerk's Office that an Order is required as a predicate to submitting my voucher. Accordingly, this *ex parte* letter is respectfully submitted to request a *nunc pro tunc* Order reappointing me to represent Mr. Smith for the purpose of representing him in his application for compassionate release. Thank you for your continuing consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss

The application is   ✓ granted.
                         ⎣ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 6-30-20
NY, New York