```
UNITED STATES DISTRICT COURT                     USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                    DOCUMENT
                                                 ELECTRONICALLY FILED
------------------------------------------------ x    DOC#: _____
UNITED STATES OF AMERICA,                    :        DATE FILED: 11-15-22
                                             :
                      Plaintiff,             :
                                             :        18-CR-420 (ALC)
          -against-                          :
                                             :        ORDER
SHAHIEME SMITH,                              :
                                             :
                      Defendant.             :
                                             :
                                             :
------------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **December 7, 2022** at **4:30 p.m.**

SO ORDERED.

Dated:      New York, New York
            November 15, 2022

                                    _____
                                         ANDREW L. CARTER, JR.
                                         United States District Judge