MEMO ENDORSED

# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-4-23

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

April 3, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Shahieme Smith
Ind. No. 18 CR 420 (ALC)

Dear Judge Carter:

This letter is respectfully submitted to request that the status conference for this pending violation of supervised release currently scheduled for April 6, 2023 be adjourned a few weeks to a date that may be convenient for the Court. The current date conflicts with an upcoming holiday. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
Digitally signed by Michael Sporn
DN: cn=Michael Sporn, o, ou,
email=mhsporn@gmail.com,
c=US
Date: 2023.04.03 21:30:48 -04'00'

Michael H. Sporn

MHS/ss
Cc: Christopher Clore, Esq.

The application is granted. The status conference is adjourned to 5/2/23 at 3:30 p.m. So Ordered.

/s/ Andrew L. Carter
4-4-23